*Robert L. Fisher, Jr.*, in support of the petition.

*John K. McDonald*, in opposition.

Decided October 28, 1997

## STATE OF CONNECTICUT *v.* PETER GURA

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 633 (AC 16369), is denied.

*Peter C. Harvey*, in support of the petition.

*Eileen McCarthy Geel*, deputy assistant state's attorney, in opposition.

Decided October 28, 1997

## STATE OF CONNECTICUT *v.* ERIC MAIA

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 679 (AC 15623), is denied. See *State* v. *Maia*, 243 Conn. 242, 703 A.2d 98 (1997).

*Louis S. Avitabile*, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided November 4, 1997

## STATE OF CONNECTICUT *v.* MALEEK JONES

The defendant's petition for certification for appeal from the Appellate Court, 46 Conn. App. 640 (AC 16447), is denied.